■     ELIZABETH MOLLICA et al., Respondents, v GOVERNMENT EMPLOYEES INSURANCE COMPANY, Appellant.—Appeal by the Government Employees Insurance Company from an order of the Supreme Court, Nassau County, dated January 3, 1977, which, *inter alia,* denied its motion to vacate an arbitration award. Order affirmed, with $50 costs and disbursements. The basic issue submitted to arbitration was whether the claimant was entitled to no-fault benefits. In the instant case, the arbitrator had the full record of the case before him and reached the issue presented. We find a rational basis for the arbitrator's award *(Mount St. Mary's Hosp. of Niagara Falls v Catherwood,* 26 NY2d 493; cf. *Matter of Garcia v Federal Ins. Co.* 61 AD2d 236). Hopkins, J. P., Rabin, Shapiro and O'Connor, JJ., concur.